UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x

Yi Bin Mu,

             Plaintiff,

v.                               17-cv-452 (LAK)

City of New York, et al.,

             Defendant(s).
------------------------------x

## ORDER

        Magistrate Judge Freeman has informed the Court that this case has been settled in principle and that the parties asked for 30 days to submit a stipulation of dismissal.

        Accordingly, the case is dismissed with prejudice and without costs subject to right to reinstate by serving and filing a notice to that effect on or before, December 23, 2020, if the settlement is not executed by then.

        SO ORDERED.

DATED: November 23, 2019

                                                    Lewis A. Kaplan
                                           United States District Judge